NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PETER W. HORNE,                           )
                                          )
                Appellant,                )
                                          )
v.                                        )        Case No. 2D17-4774
                                          )
TERRY D. SCHNARE, individually, and       )
HIGH BANK PROPERTIES, LLC, a New          )
Hampshire Limited Company,                )
                                          )
                Appellees.                )
_____ )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Kurt A. Streyffeler of Kurt Streyffeler, P.A.,
Fort Meyers, for Appellant.

Christopher D. Donovan of Roetzel &
Andress, LPA, Naples, for Appellees.

PER CURIAM.

              Affirmed.

VILLANTI, LUCAS, and SALARIO, JJ., Concur.